UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOPE SCOTT,

    Plaintiff,                              CASE NO.:  6:18-cv-01787-JA-TBS

-VS-

CORNERSTONE EDUCATION LOAN
SERVICES,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order Directing Parties to File Certificates of Interested Persons:

1) The name of each person, attorney association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

    **Hope Scott, Plaintiff**

    **Frank H. Kerney, III, Esq., Counsel for Plaintiff**

    **Morgan & Morgan, Tampa, P.A., Plaintiff's counsel's law firm**

    **Cornerstone Education Loan Services, Defendant**

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None known.**

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases.

**None known.**

4) The name of each victim (individual or corporation) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**Hope Scott.**

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have interested "none" as there is no actual or potential conflict of interest.

Dated: October 31, 2018

> */s/Frank H. Kerney, III, Esquire*
> Frank H. Kerney, III, Esquire
> Florida Bar #: 88672
> Morgan & Morgan, Tampa, P.A.
> 201 North Franklin Street, 7th Floor
> Tampa, FL 33602
> Telephone: (813) 223-5505
> Facsimile: (813) 223-5402
> fkerney@forthepeople.com
> snazario@forthepeople.com
> *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court and furnished to all counsel of record by using the CM/ECF system on this 31st day of October, 2018.

>/s/Frank H. Kerney, III, Esquire
>Frank H. Kerney, Esquire
>*Certifying Attorney*