# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOPE SCOTT,**

       **Plaintiff,**

**v.**                                   **Case No: 6:18-cv-1787-Orl-28TBS**

**CORNERSTONE EDUCATION LOAN SERVICES,**

       **Defendant.**

## ORDER

In light of the Notice of Voluntary Dismissal with Prejudice (Doc. 8), the Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on December 14, 2018.

*/s/ John Antoon II*
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties